

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-76,179-03

### EX PARTE HIGHTOWER OBRYANT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1105383-A IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession with the intent to deliver a controlled substance and sentenced to twenty years' imprisonment. The First Court of Appeals affirmed his conviction. *Obryant v. State*, No. 01-08-00740-CR (Tex. App.—Houston [1st Dist.] Dec. 10, 2009) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that trial counsel was ineffective. The trial court entered a timely order designating issues and ordered trial counsel to respond to Applicant's claim. This application was forwarded, however, before the trial court made findings of fact and

conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 1, 2020
Do not publish